**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:  530.759.0700
    Facsimile:   530.759.0800

**Attorney for Defendant**
**JOHN MICHAEL CONNOLE**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S 04-00239 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PROBATION REVOCATION HEARING** |
| vs. | |
| JOHN MICHAEL CONNOLE, et. al. | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Susan R. Jerich, Assistant United States Attorney, and defendant, JOHN MICHAEL CONNOLE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the probation revocation hearing now scheduled for August 3, 2007, before the Honorable Susan Illston, be continued to October 19, 2007 at 11:00 a.m.

////
////
////
////
////

1

Stipulation and Proposed Order to Continue Probation Revocation hearing                                             CR. S-04-00239 SI

The parties are requesting this continuance to provide the probation officer with additional time to evaluate defendant's progress on supervised release.

Dated: August 2, 2007              Respectfully submitted,

                                   JOSEPH J. WISEMAN, P.C.


                                   By:   /s/Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         JOHN MICHAEL CONNOLE


Dated: August 2, 2007              By:   /s/ Susan R. Jerich
                                         SUSAN R. JERICH
                                         Attorney for Plaintiff
                                         UNITED STATES OF AMERICA




## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the probation revocation hearing in the above-captioned case shall be continued to October 19, 2007 at 11:00 a.m.


Dated: August 3, 2007

                                   _____
                                   SUSAN ILLISON
                                   UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Probation Revocation hearing                    CR. S-04-00239 SI